# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

―――――――――――

## No. 201600344

―――――――――――

## UNITED STATES OF AMERICA
Appellee

v.

## BRANDON D. WARNER
Private First Class (E-2),
U.S. Marine Corps
Appellant

―――――――――――

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Major F.W. Hoover, USMC.
Convening Authority: Commanding Officer, 2d Radio Battalion, II
Marine Expeditionary Force, Camp Lejeune, NC.
Staff Judge Advocate's Recommendation: Colonel K.S. Woodard,
USMC.
For Appellant: Major Lee C. Kindlon, USMCR.
For Appellee: Brian K. Keller, Esq.

―――――――――――

Decided 31 January 2017

―――――――――――

Before MARKS, JONES, and BELSKY, *Appellate Military Judges*

―――――――――――

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court